# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BILLIE SCHMIDT, individually, and on behalf of all others similarly situated, | : |
| Plaintiff, | : Case No. 1:21-cv-01839 |
| v. | : |
| THIS OR THAT MEDIA, INC., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Plaintiff Billie Schmidt hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Dated November 18, 2021.      Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>	*/s/ Avi R. Kaufman*
>	Avi R. Kaufman